SCWC-15-0000545

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

ROBERT H. JOSLIN dba HAWAII PUBLIC ADJUSTERS,
Petitioner/Plaintiff-Appellee/Cross-Appellant,
v.
OTA CAMP-MAKIBAKA ASSOCIATION, INC., a Hawaii nonprofit
corporation, Respondent/Defendant-Appellant/Cross-Appellee,
and
TAIRA PROCTOR and MELINDA DOMAGSAC,
Respondents/Defendants-Appellees/Cross-Appellees,
and
ALTERRA EXCESS & SURPLUS INSURANCE COMPANY,
Respondent/Interpleader-Appellee/Cross-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000545; CIV. NO. 14-1-2086-10 (KKS))

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawai'i Revised Statutes § 602-59 (2016); see also Hawai'i Rules of Appellate Procedure ("HRAP") Rule 36(b)(1) (2016),

IT IS HEREBY ORDERED that Petitioner/Plaintiff-Appellee/Cross-Appellant Robert H. Joslin's application for writ

of certiorari, filed on June 3, 2019, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2017). ("The application shall be filed within 30 days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this Rule.").

DATED: Honolulu, Hawaiʻi, June 6, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

